**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**John W. McGREEVY, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided April 30, 1997.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIX, Former C.J., and MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.